EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Américo Martínez Romero | 2015 TSPR 161<br><br>194 DPR ____ |

Número del Caso: TS-8,545

Fecha: 7 de diciembre de 2015

Abogada de la Peticionaria:

       Lcda. Carmen I. Navas
       Procuradora del Abogado

Oficina de Inspección de Notarías:

       Lcdo. Manuel E. Avila de Jesús
       Director

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Américo Martinez Romero          TS-8545

RESOLUCIÓN

En San Juan, Puerto Rico, a 7 de diciembre de 2015.

Evaluada la *Solicitud de Reinstalación Cumplida la Suspensión Impuesta del 4 de noviembre de 2015* y la *Moción en Cumplimiento de Orden,* presentadas por la parte peticionaria, así como el *Informe Sobre el Estado de Obra Notarial Incautada* presentado por la Oficina de Inspección de Notarias (ODIN), se reinstala al Lcdo. Américo Martínez Romero al ejercicio de la abogacía.

Con relación a las Quejas AB-2012—126, AB-2012-171, AB-2012-282 y AB-2012-296, se reactivan las mismas. Además, se otorga término de treinta (30) días a la ODIN para que se exprese sobre la *Moción Informativa en cumplimiento de orden*, sobre la solicitud de archivo de queja Núm. AB-2012-126, así como si el cumplimento del licenciado Martínez Romero modifica su recomendación de no aprobar el Protocolo del año 2000.

Se le instruye a la Secretaria notificar a la Oficina de la Procuradora General que las quejas AB-2012-171, AB-2012-282 y AB-2012-296 fueron reactivadas.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.


                              Aida I. Oquendo Graulau
                         Secretaria del Tribunal Supremo